■ FENTRON ARCHITECTURAL METALS CORP., on Behalf of Itself and All Others Similarly Situated, Respondent, v SHELDON H. SOLOW, Doing Business as SOLOVIEFF REALTY COMPANY, Appellant, et al., Defendants.—Order, Supreme Court, New York County, entered on June 13, 1977, unanimously affirmed. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Appeal from order of said court entered on April 14, 1977 unanimously dismissed, without costs and without disbursements, as superseded by the order entered on June 13, 1977. No opinion. Concur—Murphy, P. J., Birns, Fein, Markewich and Yesawich, JJ.

■ MARGARET SOBOTKA, Respondent, v STEPHEN SOBOTKA, Appellant.— Order, Supreme Court, New York County, entered on February 17, 1977, unanimously affirmed on the opinion of Myers, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Birns, Fein, Markewich and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS QUINONES, Appellant.—Judgment, Supreme Court, New York County, rendered on June 6, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Murphy, P. J., Birns, Fein, Markewich and Yesawich, JJ.